UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEDDY MOORE,<br><br>                    Plaintiff,<br><br>     -against-<br><br>STATE OF NEW YORK DEPARTMENT OF HEALTH; HEALTH FIRST,<br><br>                    Defendants. | 21-CV-7805 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On March 8, 2013, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Moore v. Bramwell*, ECF 1:13-CV-0831, 7 (S.D.N.Y. Mar. 8, 2013). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court to file this action. The Court therefore dismisses the action without prejudice because Plaintiff failed to comply with the March 8, 2013 order.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 21, 2021
              New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                     Chief United States District Judge