UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEDDY MOORE,<br><br>                    Plaintiff,<br><br>          -against-<br><br>STATE OF NEW YORK DEPARTMENT OF HEALTH; HEALTH FIRST,<br><br>                    Defendants. | 21-CV-7805 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 21, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the March 8, 2013 order in *See Moore v. Bramwell*, ECF 1:13-CV-0831, 7 (S.D.N.Y. Mar. 8, 2013), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 21, 2021
         New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                            Chief United States District Judge